MICHIGAN OIL COMPANY v NATURAL RESOURCES COMMISSION. (Docket No. 59088.) Rehearing denied. *Honigman, Miller, Schwartz & Cohn* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman* and *Thomas F. Schimpf,* Assistants Attorney General, for defendants-ap-

pellees. *Rentrop & Martin* for intervening-appellee Pigeon River Country Association. Reported *ante*, p 1.

